# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CAROLINE PLONKA, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 3:13-CV-1628 |
| v. | (JUDGE CAPUTO) |
| MARY WEAVER, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 1st day of August, 2013, after consideration of Magistrate Judge Martin C. Carlson's Report and Recommendation (Doc. 6) and Plaintiff Caroline Plonka's objections (Doc. 9), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED**.

(2) Plaintiff's Complaint (Doc. 3) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff has **twenty-one (21) days** from the date of entry of this Order to file a single comprehensive amended complaint consistent with the Court's Memorandum. If she fails to do so, the action will be dismissed with prejudice and the case will be closed.

(3) The matter is **RECOMMITTED** to the Magistrate Judge.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge