**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CAROLINE PLONKA,

    Plaintiff,

    v.

MARY WEAVER, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:13-CV-1628

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 21st day of April, 2014, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 38) is **ADOPTED in part, MODIFIED in part, and REJECTED in part** for the reasons set forth in the accompanying Memorandum.

(2) Defendants' Motions to Dismiss (Docs. 25 and 26) are **DENIED** with respect to the Fourth Amendment claims asserted against Defendant Mary Weaver.  The Motions to Dismiss are **GRANTED** with respect to the remaining claims against all other Defendants.

(3) Plaintiff's Amended Complaint (Doc. 12) is **DISMISSED in part** as follows: all claims apart from Plaintiff's claim for violation of her Fourth Amendment rights against Defendant Mary Weaver are dismissed with prejudice.

(4) Plaintiff's Motion to Add Additional Defendants (Doc. 21) is **DENIED with prejudice**.

(5) This matter is **RECOMMITTED** to Magistrate Judge Carlson.

                                                      /s/ A. Richard Caputo
                                                    A. Richard Caputo
                                                    United States District Judge