# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLINE PLONKA, | |
| Plaintiff, | NO. 3:13-CV-1628 |
| v. | (JUDGE CAPUTO) |
| MARY WEAVER, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 24th day of September, 2015, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 76) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 76) is **ADOPTED in its entirety**.

(2) Defendants' Motion for Summary Judgment (Doc. 66) is **GRANTED**.

(3) Defendants' Motion for Sanctions (Doc. 64) is **DENIED**.

(4) Judgment is **ENTERED** for Defendants Mary P. Weaver, Michael Briechle, Thomas Smith, Susquehanna Borough Council, Roy Williams, Pat Fredrick, Deb Zayas, Sue Crawford, Roberta Reddon, Paul Barnes, Joe Varsick, David Burman, Ron Crawford, Ed Reddon, Thomas Kelly, Nancy Hurley, and The Borough of Susquehanna and against Plaintiff Caroline Plonka on all remaining claims.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge